■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE MUNGIN, Appellant. [775 NYS2d 552]—Appeal by the defen-

dant from a judgment of the Supreme Court, Queens County (Blackburne, J.), rendered January 5, 2001, convicting him of criminal sale of a controlled substance in or near school grounds and criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Ritter, J.P., S. Miller, Adams and Cozier, JJ., concur.